AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Idaho

United States of America
v.

Sothea Ren

Defendant

Case No. MS 20-137-S-REB

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) Sothea Ren,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Distribution of Oxycodone

Date: 05/15/2020

*Issuing officer's signature*

City and state: Boise, ID

Hon. Ronald E. Bush, Chief U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 5·18·2020, and the person was arrested on (date) 5-14-2020
at (city and state) Subject taken into custody by DEA

Date: _____

*Arresting officer's signature*

*Printed name and title*